# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Monica Valenzuela<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>    Defendant. | Case No. 2:14-cv-12494-VAR-MKM<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:  s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    1100 W. Cermak Rd., Suite B410
    Chicago, IL  60608
    312-380-6110
    jeffrey@lifetimedebtsolutions.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:

Theodore W. Seitz
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

                                                                         s/ Jeffrey S. Hyslip