UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Monica Valenzuela<br><br>    Plaintiff,<br><br>v.<br>Asset Acceptance, LLC<br><br>    Defendant. | Case No. 2:14-cv-12494-VAR-MKM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip
917 W. 18th Street, Suite 200
Chicago, IL  60608
Telephone:  312-380-6110
Fax:  312-361-3509
Email: Jeffrey@lifetimedebtsolutions.com
Attorney for Plaintiff

Dykema Gossett, PLLC

By: /s/ Theodore W. Seitz
Theodore W. Seitz
201 Townsend Street, Suite 900
Lansing, MI  48933
Telephone:  517-374-9100
Fax: 855-258-3518
Email: tseitz@dykema.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2014, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

                                                      /s/ Jeffrey S. Hyslip___