UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Monica Valenzuela<br><br>Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>Defendant. | Case No. 2:14-cv-12494-VAR-MKM |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

DATE: 10/7/14                    /s/ Victoria A. Roberts
                                 United States District Judge